IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TAMARA MITCHELL-FORD,

    Plaintiff,

v.

    Case No.: 05-2478 D P

SHELBY COUNTY PENAL FARM, et al.,

    Defendants.

---

### ORDER STRIKING ALL PENDING MOTIONS AND DISMISSING COMPLAINT

---

Based upon the Joint Stipulation of Dismissal . . . filed August 17, 2005, all pending motions in the above case are hereby stricken and dismissed, and Plaintiff's complaint is dismissed in its entirety.

**IT IS SO ORDERED** this _18_ day of _August_, 2005.

                BERNICE BOUIE DONALD
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

*FILED BY ___ D.C.*
*05 AUG 19 PM 2: 49*
*THOMAS M. GOULD*
*CLERK, U.S. DISTRICT COURT*
*W/D OF TN, MEMPHIS*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02478 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Tamara Mitchell-Ford
981 Village Oak Cove
Memphis, TN 38120

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Tamara Mitchell-Ford
981 Village Oak Cove
Memphis, TN 38120

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT