UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY ___ D.C.

05 AUG 30 AM 11: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| TAMARA MITCHELL-FORD | JUDGMENT IN A CIVIL CASE |
| v. | |
| SHELBY COUNTY PENAL FARM, et al. | CASE NO: 05-2478-D |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Striking All Pending Motions And Dismissing Complaint entered on August 24, 2005, this cause is hereby dismissed.

APPROVED:

_(signature)_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

_August 29, 2005_
Date

THOMAS M. GOULD

_____
Clerk of Court

_(signature)_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and /9(a) FRCP on _8/30/05_



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02478 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Tamara Mitchell-Ford
981 Village Oak Cove
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT